**797-15**

# ELECTRONIC RECORD

COA #  01-14-00232-CR          OFFENSE:  19.02 (Murder)

STYLE:  Arturo Chavez, Jr. v. The State of Texas          COUNTY:  Harris

COA DISPOSITION:  AFFIRM          TRIAL COURT:  338th District Court

DATE: 05/28/2015          Publish: NO  TC CASE #:  1338052

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Arturo Chavez, Jr. v. The State of Texas          CCA #:  _**797-15**_

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:          _____

_____REFUSED_____          JUDGE:          _____

DATE: _10/14/2015_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD